

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Kevin Feng Gao*, 25 Cr. 53 (PAE)

Dear Judge Engelmayer:

  The parties write to request an adjournment of the status conference scheduled for July 17, 2025. The parties jointly request an adjournment of approximately ninety days to facilitate production and review of discovery and consideration of any potential motions or resolution of this matter. Accordingly, the parties request that the time between now and the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

        By: /s/ Christopher Brumwell
          Christopher Brumwell
          Maggie Lynaugh
          Vladislav Vainberg
          Assistant United States Attorneys
          212-637-2477/2448/1029

**GRANTED.** The conference is adjourned until September 9, 2025, at 2:30 p.m. The Court excludes time until that date for the reasons indicated, pursuant to 18 U.S.C. 3161(h)(7)(A).

        7/16/2025

   SO ORDERED.

       _____
        PAUL A. ENGELMAYER
        United States District Judge